# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   ALICIA WILCOXSON DAVIS                    §
                                                    §    Case No.: 09-01767
                                                    §
                                                    §
                                                    §
         Debtor(s)                                  §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/22/2009.

2) This case was confirmed on 04/29/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 09/23/2010.

6) Number of months from filing to the last payment: 20

7) Number of months case was pending: 25

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    56,800.00

10) Amount of unsecured claims discharged without payment $       .00

11) All checks distributed by the trustee to this case have cleared the bank.


**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

|   |   |
|---|---|
| Total paid by or on behalf of the debtor | $ 17,974.00 |
| Less amount refunded to debtor | $ 1,347.71 |
| **NET RECEIPTS** | $ 16,626.29 |

**Expenses of Administration:**

|   |   |
|---|---|
| Attorney's Fees Paid through the Plan | $ 3,400.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 1,064.77 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 4,464.77 |
| Attorney fees paid and disclosed by debtor | $ 100.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SANTANDER CONSUMER U | SECURED | 2,700.00 | 2,679.90 | 2,679.90 | 2,679.90 | 71.17 |
| CHRIST MEDICAL CENTE | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| ADVOCATE CHRIST HOSP | OTHER | .00 | NA | NA | .00 | .00 |
| AFFILIATED RADIOLOGI | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| ALLSTATE PROPERTY & | UNSECURED | 70.00 | NA | NA | .00 | .00 |
| AMERICA SERVICING CO | OTHER | .00 | NA | NA | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | 7,900.00 | 3,590.95 | 3,590.95 | 3,590.95 | .00 |
| APPLIED BANK | UNSECURED | 1,500.00 | 1,365.39 | 1,365.39 | 1,365.39 | .00 |
| APPLIED CARD BANK | OTHER | .00 | NA | NA | .00 | .00 |
| CLERK FIRST MUN DIV | OTHER | .00 | NA | NA | .00 | .00 |
| APPLIED BANK | OTHER | .00 | NA | NA | .00 | .00 |
| APPLIED CARD SYSTEMS | OTHER | .00 | NA | NA | .00 | .00 |
| APPLIED CARD BANK | OTHER | .00 | NA | NA | .00 | .00 |
| AURORA LOAN SERVICES | OTHER | .00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 1,300.00 | 1,198.38 | 1,198.38 | 1,198.38 | .00 |
| CAPITAL ONE BANK | OTHER | .00 | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 2,700.00 | 2,597.91 | 2,597.91 | 2,597.91 | .00 |
| CAPITAL ONE | OTHER | .00 | NA | NA | .00 | .00 |
| CLERK FIRST MUN DIV | OTHER | .00 | NA | NA | .00 | .00 |
| CHRIST MEDICAL CENTE | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO WATE | UNSECURED | 1,000.00 | .00 | .00 | .00 | .00 |
| CITY OF CHICAGO MUNI | OTHER | .00 | NA | NA | .00 | .00 |
| CLERK FIRST MUN DIV | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CITY OF CHICAGO WATE | UNSECURED | 2,700.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO MUNI | OTHER | .00 | NA | NA | .00 | .00 |
| CLERK FIRST MUN DIV | OTHER | .00 | NA | NA | .00 | .00 |
| COOK COUNTY RECORDER | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| COUNTRYWIDE HOME LOA | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| COUNTRYWIDE HOME LOA | OTHER | .00 | NA | NA | .00 | .00 |
| COUNTRYWIDE HOME LOA | OTHER | .00 | NA | NA | .00 | .00 |
| DEPENDON COLLECTION | UNSECURED | 700.00 | NA | NA | .00 | .00 |
| DIRECT BRANDS DVD | UNSECURED | 80.00 | NA | NA | .00 | .00 |
| EVERGREEN EMERGENCY | UNSECURED | 450.00 | NA | NA | .00 | .00 |
| FIRST AMERICAN INVES | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| FIRST AMERICAN INVES | OTHER | .00 | NA | NA | .00 | .00 |
| FREMONT INVESTMENT A | OTHER | .00 | NA | NA | .00 | .00 |
| FULLER FUND RAISERS | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| HARVARD COLLECTION S | OTHER | .00 | NA | NA | .00 | .00 |
| HIGH TECH MEDICAL | UNSECURED | 60.00 | NA | NA | .00 | .00 |
| ILLINOIS COLLECTION | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| INSURE ONE | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| JACKSON PARK HOSPITA | UNSECURED | 2,700.00 | NA | NA | .00 | .00 |
| JACKSON PARK HOSPITA | OTHER | .00 | NA | NA | .00 | .00 |
| LAKEVIEW HEALTH SYST | UNSECURED | 6,900.00 | NA | NA | .00 | .00 |
| LAKEVIEW HEALTH SYST | OTHER | .00 | NA | NA | .00 | .00 |
| LITTLE CO MARY HOSPI | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| LITTLE COMPANY OF MA | OTHER | .00 | NA | NA | .00 | .00 |
| PREMIUM ASSET RECOVE | UNSECURED | 6,800.00 | NA | NA | .00 | .00 |
| QUEST DIAGNOSTIC | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| RADIOLOGY IMAGING SP | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| RADIOLOGY IMAGING SP | OTHER | .00 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MEDI | UNSECURED | 600.00 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MEDI | OTHER | .00 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY | OTHER | .00 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MEDI | UNSECURED | 30.00 | 144.00 | 144.00 | 144.00 | .00 |
| RJM AQUISITIONS FUND | UNSECURED | 30.00 | 28.07 | 28.07 | 28.07 | .00 |
| TCF BANK & SAVINGS | UNSECURED | 800.00 | NA | NA | .00 | .00 |
| TENDOLLARPAYDAYLOAN. | UNSECURED | 450.00 | NA | NA | .00 | .00 |
| TRINITY HOSPITAL | UNSECURED | 80.00 | 324.40 | 329.40 | 329.40 | .00 |
| TRINITY HOSPITAL | OTHER | .00 | NA | NA | .00 | .00 |
| UNITED CREDIT UNION | UNSECURED | 2,000.00 | NA | NA | .00 | .00 |
| UNIVERSITY HEAD & NE | UNSECURED | 800.00 | NA | NA | .00 | .00 |
| UNIVERSITY OF CHICAG | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| UNIVERSITY OF CHICAG | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| UNIVERSITY SURGEONS | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 350.00 | 56.35 | 56.35 | 56.35 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
.================================================================================.
| **Scheduled Creditors:**                                                       |
|                                                                                |
| Creditor                Claim         Claim        Claim     Principal    Int. |
|   Name          Class   Scheduled     Asserted     Allowed     Paid       Paid |
|                                                                                |
|US CELLULAR         OTHER          .00        NA         NA         .00     .00 |
|WOMAN TO WOMAN HEALT UNSECURED  700.00        NA         NA         .00     .00 |
|MEMORIAL MISSIONARY  OTHER         .00        NA         NA         .00     .00 |
|CITY OF CHICAGO DEPT UNSECURED     NA     100.00     100.00      100.00     .00 |
|COUNTRYWIDE HOME LOA SECURED       NA        .00        .00         .00     .00 |
|COUNTRYWIDE HOME LOA SECURED       NA        .00        .00         .00     .00 |
|CITY OF CHICAGO WATE SECURED       NA   1,061.22        .00         .00     .00 |
.================================================================================.
```

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 2,679.90 | 2,679.90 | 71.17 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 2,679.90 | 2,679.90 | 71.17 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 9,410.45 | 9,410.45 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 4,464.77 |
| Disbursements to Creditors | $ | 12,161.52 |
| **TOTAL DISBURSEMENTS:** | $ | 16,626.29 |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   02/14/2011                                    /s/ Tom  Vaughn
                                                                      Tom  Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**