# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   ALICIA WILCOXSON DAVIS            §
                                           §    Case No.: 09-01767
                                           §
                                           §
                                           §
         Debtor(s)                         §
---

## CHAPTER 13 STANDING TRUSTEE'S AMENDED FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

   1)   The case was filed on 01/22/2009.

   2)   This case was confirmed on 04/29/2009.

   3)   The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

   4)   The trustee filed action to remedy default by the debtor in performance under the plan on NA.

   5)   The case was completed on 09/23/2010.

   6)   Number of months from filing to the last payment:  20

   7)   Number of months case was pending:  37

   8)   Total value of assets abandoned by court order:  NA

   9)   Total value of assets exempted: $    56,800.00

   10)  Amount of unsecured claims discharged without payment $   28,611.00

   11)  All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

```
================================================================================
 Receipts:
        Total paid by or on behalf of the debtor        $   17,974.00
        Less amount refunded to debtor                  $    1,347.71
 NET RECEIPTS                                           $   16,626.29
================================================================================

================================================================================
 Expenses of Administration:

        Attorney's Fees Paid through the Plan           $    3,400.00
        Court Costs                                     $         .00
        Trustee  Expenses and Compensation              $    1,064.77
        Other                                           $         .00

 TOTAL EXPENSES OF ADMINISTRATION                       $    4,464.77

 Attorney fees paid and disclosed by debtor             $      100.00
================================================================================

================================================================================
 Scheduled Creditors:

 Creditor              Claim       Claim       Claim       Principal    Int.
  Name          Class  Scheduled   Asserted    Allowed      Paid        Paid

 SANTANDER CONSUMER U  SECURED     2,700.00    2,679.90    2,679.90    2,679.90    71.17
 CHRIST MEDICAL CENTE  UNSECURED     400.00          NA          NA         .00      .00
 ADVOCATE CHRIST HOSP  OTHER            .00          NA          NA         .00      .00
 AFFILIATED RADIOLOGI  UNSECURED     100.00          NA          NA         .00      .00
 ALLSTATE PROPERTY &   UNSECURED      70.00          NA          NA         .00      .00
 AMERICA SERVICING CO  OTHER            .00          NA          NA         .00      .00
 AMERICASH LOANS LLC   UNSECURED   7,900.00    3,590.95    3,590.95    3,590.95      .00
 APPLIED BANK          UNSECURED   1,500.00    1,365.39    1,365.39    1,365.39      .00
 APPLIED CARD BANK     OTHER            .00          NA          NA         .00      .00
 CLERK FIRST MUN DIV   OTHER            .00          NA          NA         .00      .00
 APPLIED BANK          OTHER            .00          NA          NA         .00      .00
 APPLIED CARD SYSTEMS  OTHER            .00          NA          NA         .00      .00
 APPLIED CARD BANK     OTHER            .00          NA          NA         .00      .00
 AURORA LOAN SERVICES  OTHER            .00          NA          NA         .00      .00
 ECAST SETTLEMENT COR  UNSECURED   1,300.00    1,198.38    1,198.38    1,198.38      .00
 CAPITAL ONE BANK      OTHER            .00          NA          NA         .00      .00
 CAPITAL ONE           UNSECURED   2,700.00    2,597.91    2,597.91    2,597.91      .00
 CAPITAL ONE           OTHER            .00          NA          NA         .00      .00
 CLERK FIRST MUN DIV   OTHER            .00          NA          NA         .00      .00
 CHRIST MEDICAL CENTE  UNSECURED     300.00          NA          NA         .00      .00
 CITY OF CHICAGO WATE  UNSECURED   1,000.00         .00         .00         .00      .00
 CITY OF CHICAGO MUNI  OTHER            .00          NA          NA         .00      .00
 CLERK FIRST MUN DIV   OTHER            .00          NA          NA         .00      .00
================================================================================
```

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CITY OF CHICAGO WATE | UNSECURED | 2,700.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO MUNI | OTHER | .00 | NA | NA | .00 | .00 |
| CLERK FIRST MUN DIV | OTHER | .00 | NA | NA | .00 | .00 |
| COOK COUNTY RECORDER | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| COUNTRYWIDE HOME LOA | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| COUNTRYWIDE HOME LOA | OTHER | .00 | NA | NA | .00 | .00 |
| COUNTRYWIDE HOME LOA | OTHER | .00 | NA | NA | .00 | .00 |
| DEPENDON COLLECTION | UNSECURED | 700.00 | NA | NA | .00 | .00 |
| DIRECT BRANDS DVD | UNSECURED | 80.00 | NA | NA | .00 | .00 |
| EVERGREEN EMERGENCY | UNSECURED | 450.00 | NA | NA | .00 | .00 |
| FIRST AMERICAN INVES | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| FIRST AMERICAN INVES | OTHER | .00 | NA | NA | .00 | .00 |
| FREMONT INVESTMENT A | OTHER | .00 | NA | NA | .00 | .00 |
| FULLER FUND RAISERS | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| HARVARD COLLECTION S | OTHER | .00 | NA | NA | .00 | .00 |
| HIGH TECH MEDICAL | UNSECURED | 60.00 | NA | NA | .00 | .00 |
| ILLINOIS COLLECTION | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| INSURE ONE | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| JACKSON PARK HOSPITA | UNSECURED | 2,700.00 | NA | NA | .00 | .00 |
| JACKSON PARK HOSPITA | OTHER | .00 | NA | NA | .00 | .00 |
| LAKEVIEW HEALTH SYST | UNSECURED | 6,900.00 | NA | NA | .00 | .00 |
| LAKEVIEW HEALTH SYST | OTHER | .00 | NA | NA | .00 | .00 |
| LITTLE CO MARY HOSPI | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| LITTLE COMPANY OF MA | OTHER | .00 | NA | NA | .00 | .00 |
| PREMIUM ASSET RECOVE | UNSECURED | 6,800.00 | NA | NA | .00 | .00 |
| QUEST DIAGNOSTIC | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| RADIOLOGY IMAGING SP | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| RADIOLOGY IMAGING SP | OTHER | .00 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MEDI | UNSECURED | 600.00 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MEDI | OTHER | .00 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY | OTHER | .00 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MEDI | UNSECURED | 30.00 | 144.00 | 144.00 | 144.00 | .00 |
| RJM AQUISITIONS FUND | UNSECURED | 30.00 | 28.07 | 28.07 | 28.07 | .00 |
| TCF BANK & SAVINGS | UNSECURED | 800.00 | NA | NA | .00 | .00 |
| TENDOLLARPAYDAYLOAN. | UNSECURED | 450.00 | NA | NA | .00 | .00 |
| TRINITY HOSPITAL | UNSECURED | 80.00 | 324.40 | 329.40 | 329.40 | .00 |
| TRINITY HOSPITAL | OTHER | .00 | NA | NA | .00 | .00 |
| UNITED CREDIT UNION | UNSECURED | 2,000.00 | NA | NA | .00 | .00 |
| UNIVERSITY HEAD & NE | UNSECURED | 800.00 | NA | NA | .00 | .00 |
| UNIVERSITY OF CHICAG | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| UNIVERSITY OF CHICAG | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| UNIVERSITY SURGEONS | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 350.00 | 56.35 | 56.35 | 56.35 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| US CELLULAR | OTHER | .00 | NA | NA | .00 | .00 |
| WOMAN TO WOMAN HEALT | UNSECURED | 700.00 | NA | NA | .00 | .00 |
| MEMORIAL MISSIONARY | OTHER | .00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | NA | 100.00 | 100.00 | 100.00 | .00 |
| COUNTRYWIDE HOME LOA | SECURED | NA | .00 | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOA | SECURED | NA | .00 | .00 | .00 | .00 |
| CITY OF CHICAGO WATE | SECURED | NA | 1,061.22 | .00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 2,679.90 | 2,679.90 | 71.17 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 2,679.90 | 2,679.90 | 71.17 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 9,410.45 | 9,410.45 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 4,464.77 |
| Disbursements to Creditors | $ | 12,161.52 |
| **TOTAL DISBURSEMENTS:** | $ | 16,626.29 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:  02/09/2012              /s/ Tom Vaughn
                                Tom Vaughn, Chapter 13 Trustee

**STATEMENT** : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**